UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CIVIL ACTION NO. 4:17-CV-3367 |
| LORETTER ADRIANE BROCK, § | |
| § | BKY CASE NO. 17-31454 |
| Appellant, § | |

## MEMORANDUM AND ORDER

On appeal from the Bankruptcy Court, is the *pro se* appellant's, Loretta Adriane Brock, request that the Order of Dismissal and Order Denying Confirmation of Chapter 13 Plan [DE No. 14-1, pp. 2, 3] entered October 19, 2017, by the Bankruptcy Court be set aside and the case be reinstated on the docket.

The Court is of the opinion that this appeal has not been taken in compliance with FED. R. BANKR. P. 8009. Therefore, the Court is of the opinion that the appeal should be dismissed. Alternatively, there is no brief or record before the Court that adversely impacts the decisions of the Bankruptcy Court. Therefore, the Order of Dismissal is AFFIRMED.

It is so ORDERED.

SIGNED on this 10th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge