UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CIVIL ACTION NO. 4:17-CV-3367 |
| LORETTER ADRIANE BROCK, | § | |
| | § | BKY CASE NO. 17-31454 |
| Appellant, | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case, the Bankruptcy's Court's Order of Dismissal is AFFIRMED.

This is a Final Judgment.

SIGNED on this 10th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge